UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BAOLIANG ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS,<br><br>Defendant. | Case No. 2:24-cv-1990-DC-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 9, is granted; and

2. Plaintiff is granted until June 25, 2025 to file a second amended complaint.

IT IS SO ORDERED.

Dated:   May 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1