UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BAOLIANG ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS, et al.<br><br>Defendants. | Case No. 2:24-cv-01990-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 13, 15, 16) |

Plaintiff, Jeff Baoliang Zhang, a former patient in the California state hospital system, is proceeding *pro se* and *in forma pauperis* in this matter. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the magistrate judge filed findings and recommendations herein, which were served on Plaintiff, and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 13.) On September 5, 2025, Plaintiff filed untimely objections to the findings and recommendations. (Doc. No. 14.) On September 29, 2025, and November 16, 2025, Plaintiff filed motions to appoint counsel. (Doc. Nos. 15, 16.) The court reviewed Plaintiff's objections and finds they do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on August 18, 2025 (Doc. No. 13) are ADOPTED IN FULL;

2. Plaintiff's second amended complaint (Doc. No. 11) is DISMISSED without leave to amend for failure to state a cognizable claim;

3. Plaintiff's motions to appoint counsel (Doc. Nos. 15, 16) are DENIED as moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**January 4, 2026**__   _____
Dena Coggins
United States District Judge

2