UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF BAOLIANG ZHANG,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF STATE HOSPITALS,

Defendant.

No. 2:24-cv-01990-DC-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 19, 20)

This matter is before the court on Plaintiff Jeff Baoliang Zhang's motion for reconsideration of the court's January 5, 2026 order adopting the assigned magistrate judge's findings and recommendations dismissing Plaintiff's second amended complaint without leave to amend for failure to state a cognizable claim. (Doc. No. 19.)

On May 5, 2026, the magistrate judge filed findings and recommendations recommending Plaintiff's motion for reconsideration be denied. (Doc. No. 20.) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (*Id*. at 2.) On May 26, 2026, Plaintiff filed untimely objections to the findings and recommendations. (Doc. No. 21.) The court reviewed Plaintiff's objections and finds they do not provide a basis upon which to reject the

1

findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (Doc. No. 20) filed May 5, 2026, are ADOPTED in full;

2.  Plaintiff's motion for reconsideration (Doc. No. 19) is DENIED; and

3.  This case shall remain closed.


IT IS SO ORDERED.

Dated:    **June 30, 2026**                                   _____
                                                             Dena Coggins
                                                             United States District Judge